UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Craig Johnson,

        Plaintiff,

vs.                                ORDER ADOPTING THE
                                    REPORT AND RECOMMENDATION

Rich Cartner,

        Defendant.             Civ. No. 16-53 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**

    1.     Plaintiff Craig Johnson's application for leave to proceed *in forma pauperis* (Docket No. 2) is DENIED.

    2.     Johnson's complaint is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B).

    LET JUDGMENT BE ENTERED ACCORDINGLY.


                                s/Ann D. Montgomery
                                Ann D. Montgomery, Judge
DATED: February 23, 2016          United States District Court
At Minneapolis, Minnesota